Tito Lemont KNOX, Plaintiff–Appellant,

v.

Rt. GRAHAM, Officer; Dept. Garner, JE 0136, Defendants–Appellees.

No. 08–6944.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 28, 2008.

Tito Lemont Knox, Appellant Pro Se. Amy Miller Snyder, Clarkson, Walsh, Rheney & Terrell, PA, Greenville, South Carolina, for Appellees.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tito Lemont Knox appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Knox v. Graham,* No. 9:07–cv–00283–HMH, 2008 WL 2227239 (D.S.C. May 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*